42,804-01

CAUSE #24592 HC-1
COURT OF CRIMINAL APPEALS OF TEXAS

CHRISTOPHER MAXWELL
        Applicant pro-se

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

VS.

STATE OF TEXAS
        Respondent

APPLICANT PRO-SE's REBUTTAL
TO STATE'S ANSWER TO APPLICATION FOR WRIT
OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT:
COME'S NOW, Christopher Maxwell, TDCJ-ID #1775738, Applicant pro-se herein, And respectfully Files this "REBUTTAL" TO STATE'S ANSWER TO APPLICATION FOR WRIT OF HABEAS CORPUS, And would show the following in support thereof;

#1.    The State denies & refutes the point of error made by Applicant pro-se in requesting habeas relief — Citing — McCAIN VS. State, 67 S.W. 3d 204 (Tx.Crim. App.-2002) — "Applicant must raise jurisdictional defect or Const. claim"...

#2.    Applicant pro-se clearly stated and showed in his Application (11.07) that
A.)    All Remedies had been exhausted
* i.e. — Motion to Exdunce / denied — Writ of MANdamus in the 6th ct. of Apps/ denied — Motion to File Out-of-Time Appeal/ denied — Addendum to Original MANdamus/ NO response —

1.

CAUSE #24592 HC-1

COURT OF CRIMINAL APPEALS OF TEXAS

CHRISTOPHER MAXWELL
     Applicant pro-se

VS.

STATE OF TEXAS
     Respondent

APPLICANT PRO-SE's REBUTTAL
TO STATE'S ANSWER TO APPLICATION FOR WRIT
OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT;
   COME'S NOW, Christopher Maxwell, TDCJ-ID #1775738, Applicant pro-se herein, And respectfully files this "REBUTTAL" TO STATE'S ANSWER TO APPLICATION FOR WRIT OF HABEAS CORPUS, And would show the following in support thereof:

#1.    The State denies & refutes the point of error made by Applicant pro-se in requesting habeas relief — Citing — McCAIN VS State, 67 S.W. 3d 204 (Tx. Crim. App.-2002) — "Applicant must raise jurisdictional defect or Const. claim"...

#2.    Applicant pro-se clearly stated and showed in his Application <11.07) that
A.)   All Remedies had been exhausted ─
* i.e. — Motion to Exaunde / denied — Writ of Mandamus in the 6th ct. of Apps/ denied — Motion to File Out-of-Time Appeal/ denied — Addendum to Original Mandamus/ no response ─

1.

#3. All Filings, including entire Clerks Rec'd And responses to All Filings were Attached to Applicants 11.07 Form W/Arguement & memorandum of Law Attached —

#4. For the Rec'd. Applicant will once AGAIN STATE HIS CLAIM OF ACTIONABLE GROUNDS FOR RELIEF COGNIZABLE BY And THROUGH THIS HON. Ct. OF CRIM. APPs. —

A). DENIAL OF DUE PROCESS — USCA-14

B). DUE PROCESS IS DENIED WHEN TX. C.C.P.— Art. 26.05 (g) IS not Followed —

C). THE REC'd Attached will confirm that such MANDATORY Procedure was Not Followed —

D). LAMAR COUNTY, TX. DIST. CT. HAS JURISDICTION OVER THIS CASE And without DUE PROCESS AS SHOWN ABOVE... ether Direct Appeal (or) Habeas Corpus IS PROPER FOR RELIEF IN THIS CASE —
SEE: GILBERT PEREZ VS. STATE, 280 S.W. 3d 886 (TX. Ct. Apps-Amarillo-2009) "REMOVED THE COST OF ATTY'S FEE's FROM THE JUDGEMENT" —

NOTE: NO WAIVER OF "THIS" <TX.C.C.P. Art. 26.05(g)> PROCEDURE WAS SIGNED OR GIVEN BY THE APPLICANT Pro-se — SEE: Ct Clerks Rec'd Attached —

#5. Applicant pro-se has shown Jurisdiction AND STATED A COGNIZABLE CLAIM.

2

#3. All Filings, including entire clerks Rec'd And responses to All Filings were Attached to Applicants 11.07 Form W/Arguement & Memorandum of Law Attached —

#4. For the Rec'd, Applicant will once AGAIN STATE HIS CLAIM OF ACTIONABLE GROUNDS FOR RELIEF COGNIZABLE BY And THROUGH THIS HON. Ct. OF CRIM. APPs. —

A). DENIAL OF DUE PROCESS — USCA-14

B). DUE PROCESS IS DENIED WHEN TX. C.C.P. — Art. 26.05 (9) is not followed —

C). THE REC'd Attached will confirm that such MANDATORY Procedure WAS NOT FOLLOWED —

D). LAMAR COUNTY, TX. DIST. CT. HAS JURISDICTION OVER THIS CASE And without DUE PROCESS AS SHOWN ABOVE ... ether Direct Appeal (or) Habeas Corpus IS PROPER FOR RELIEF IN THIS CASE —
SEE: GILBERT PEREZ VS. STATE 280 S.W. 3d 886 (TX. Ct. Apps Amarillo-2009)
"REMOVED THE COST OF ATTY'S FEE'S FROM THE JUDGEMENT" —

NOTE: NO WAIVER OF "THIS" ⟨TX. C.C.P. Art. 26.05(9)⟩ PROCEDURE WAS SIGNED OR GIVEN BY THE APPLICANT Pro-se — SEE: Ct Clerks Rec'd Attached —

#5. Applicant pro-se has shown Jurisdiction AND STATED A COGNIZABLE CLAIM.

2

Applicant Pro-se Pray's this Honi. Ct.
will GRANT HABEAS CORPUS RELIEF, Ordering
the Trial ct. to Follow the Ruling in
PEREZ AND remove All liens/Levy's
on Applicant pro-se's TDCJ-ID Trust Fund
Acct. (or) Reverse this case For
denial of due Process All together(?)
SO PRAYED THIS 15th DAY OF JANUARY 2015.

/S/ Christopher Maxwell
CHRISTOPHER MAXWELL
TDCJ-ID #1775738
C. T. Terrell / R3 unit
1300 F.M. 655
Rosharan, TX. 77583

## CERTIFICATE OF SERVICE

I, Christopher Maxwell, TDCJ-ID #1775738
Applicant pro-se herein, do state under penalty
of perjury that the Above is True & Correct to
the best of my knowledge And An Original
And one Copy was mailed to the following
Addresses on this day: TEXAS COURT OF CRIMINAL
APPEALS, P.O. Box 12328, Austin, TX 78711 —
And A copy to — Lamar Co. Dist. Atty., Gary D. Young,
& Assist. D.A. Denton Walker SBN #24071650, 119
N. Main St., Paris, TX. 75460.
ON THIS 15th DAY OF JANUARY 2015.

/S/ Christopher Maxwell
Christopher Maxwell
#1775738 - TDCJ-ID
C.T. Terrell/R3 unit

3.

Applicant Pro-se Pray's this Honi. Ct. Will GRANT HABEAS CORPUS RELIEF, Ordering the Trial Ct. to Follow the Ruling in PEREZ AND remove All liens/Levy's on Applicant pro-se's TDCJ-ID Trust Fund Acct. (or) Reverse this CASE For denial of due Process All together (?) SO PRAYED THIS 15th DAY of JANUARY 2015.

/s/ Christopher Maxwell
CHRISTOPHER MAXWELL
TDCJ-ID # 1775738
C. T. Terrell/R3 UNIT
1300 F.M. 655
Rosharon, TX. 77583

## CERTIFICATE OF SERVICE

I, Christopher Maxwell, TDCJ-ID # 1775738 Applicant pro-se herein, do state under penalty of perjury that the Above is True & Correct to the best of my Knowledge AND AN Original AND ONE Copy WAS Mailed to the Following Addresses on this day: TEXAS COURT OF CRIMINAL APPEALS, P.O. Box 12328, Austin, TX 78711 — AND A Copy to — Lamar Co. Dist. Atty. Gary D. Young, & Assist. D.A. Denton Walker SBN# 24071650, 119 N. Main St., Paris. TX. 75460.
ON THIS 15th DAY OF JANUARY 2015.

/s/ Christopher Maxwell
Christopher Maxwell
# 1775738 — TDCJ-ID
C.T. Terrell/R3 unit

3.